No. 94–6973.  CHAPMAN. *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 94–6975.  BLACKWELL *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 94–6976.  DAUGAARD *v.* CONNECTICUT.  Sup. Ct. Conn. Certiorari denied.

No. 94–6977.  SMITH *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–6978.  VALENTINE *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 94–6979.  RUIZ-CASES *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–6985.  HARBERT *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 94–6986.  HURTADO-ROJAS *v.* UNITED STATES; and
No. 94–6988.  ROJAS-HURTADO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–6989.  MCGAHEE *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 94–6993.  MIZKUN *v.* WIDNALL, SECRETARY OF THE AIR FORCE, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–6996.  LENIS *v.* UNITED STATES MARSHAL.  C. A. 2d Cir.  Certiorari denied.

No. 94–6998.  BROWN *v.* MCGINNIS, DIRECTOR, MICHIGAN DE-PARTMENT OF CORRECTIONS, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 94–7001.  CAIN *v.* UNITED STATES; and
No. 94–7051.  MARTIN *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 94–7008.  SIAW *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–7009.  SEGARS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.